UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtors
VICTOR & DENISE SANTIAGO

Order Filed on August 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

VICTOR & DENISE SANTIAGO

Case No.: 16-33170

Hearing Date: _____

Judge: Michael B Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 11, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

   It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____600.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*. The allowance shall be payable:

- ☑ Through the chapter 13 plan as an administrative priority.
- ☐ Outside the plan.

Local Form 14; revised May 23, 2002

United States Bankruptcy Court
District of New Jersey

In re:  
Victor Santiago  
Denise Santiago  
    Debtors

Case No. 16-33170-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 11, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.  
db/jdb       +Victor Santiago,   Denise Santiago,   41 Adelphi Rd.,   Toms River, NJ 08757-5530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:  
      Albert   Russo   docs@russotrustee.com  
      Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      James J. Cerbone   on behalf of Joint Debtor Denise  Santiago cerbonelawfirm@aol.com  
      James J. Cerbone   on behalf of Debtor Victor  Santiago cerbonelawfirm@aol.com  
      U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 5